DocuSign Envelope ID: 67BFC8F2-8FB9-4D80-8A87-F9F6076A2480

| **Fill in this information to identify the case:** |
|---|
| Debtor name  **Ciscon Services Inc.** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.